IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER, | 1:10-cv-01500-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND SETTING DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (DOC. 7, 19) |
| v. | |
| CHERYLEE WEGMAN, et al., | |
| Defendants. | |
| | JANUARY 30, 2012 DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2011, Defendant filed a motion to extend time to file a responsive pleading, and a briefing schedule to respond to Plaintiff's motion for preliminary injunction. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted up to and including January 30, 2012 in which to file a responsive pleading and to respond to Plaintiff's motion for preliminary injunction.

IT IS SO ORDERED.

Dated:   **January 20, 2012**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE