IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHERYLEE WEGMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-01500-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND SETTING DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (DOC. 7, 19)<br><br>JANUARY 30, 2012 DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2011, Defendant filed a motion to extend time to file a responsive pleading, and a briefing schedule to respond to Plaintiff's motion for preliminary injunction. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted up to and including January 30, 2012 in which to file a responsive pleading and to respond to Plaintiff's motion for preliminary injunction.

IT IS SO ORDERED.

Dated: **January 20, 2012**　　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE