IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHERYLEE WEGMAN,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-01500-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION NUNC PRO TUNC<br><br>(Motion#26) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2012, defendants filed a motion to extend time to file a response to the plaintiff's request for a temporary restraining order/preliminary injunction. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Defendants' motion for extension of time to file a response to plaintiff's request for a temporary retraining order/preliminary injunction is GRANTED nunc pro tunc.

　　　　IT IS SO ORDERED.

　　　　Dated:   February 8, 2012                     /s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE