IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>            Plaintiff,<br><br>      v.<br><br>CHERYLEE WEGMAN, et al.,<br><br>            Defendants.<br>_____/ | 1:10-cv-01500-LJO-DLB (PC)<br><br>ORDER REGARDING BRIEFING SCHEDULE (DOC. 33)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE REPLY (DOC. 34)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant Cherylee Wegman.  Pending before the Court is: 1) Plaintiff's motion for a briefing schedule, filed February 27, 2012, and 2) Plaintiff's motion for extension of time to file a reply, filed February 27, 2012.

Plaintiff moves for an order or briefing schedule as to Plaintiff's motion for preliminary injunction.  Doc. 33.  No briefing schedule will be issued.  Pursuant to Local Rule 230(l), all motions filed in actions by prisoners proceeding pro se are submitted without oral argument.  After a party files an opposition, the moving party has up to and including seven (7) days from the date of service of the opposition in which to file a reply, if any.

Plaintiff also moves for a thirty-day extension of time in which to file a reply.  Plaintiff contends that the prison is under a lockdown which affects access to the law library. The Court finds thirty days unnecessary, and will instead grant fourteen days.  Accordingly, it is HEREBY ORDERED that Plaintiff is granted fourteen (14) days from the date of service of this order in which to file a reply to Defendants' opposition.

IT IS SO ORDERED.

Dated:   March 16, 2012                    /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE