**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHERYLEE WEGMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:10cv01500 LJO DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Document 72) |

　　　　Plaintiff Brian Ellis Porter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On February 3, 2011, Plaintiff filed a Motion for Preliminary Injunction.

　　　　On July 24, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for a Preliminary Injunction be granted. Specifically, the Court recommended entry of a preliminary injunction as follows: Defendant shall provide Plaintiff with a Kosher Diet during the eight-day period of the Spring 2014 Yahweh Passover Feast of Unleavened Bread, the dates of which as defined by the House of Yahweh.

　　　　The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days. The parties did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 24, 2013, are ADOPTED in full;
2. Plaintiff's Motion for Preliminary Injunction (Document 7) is GRANTED; and
3. A preliminary injunction is ENTERED as follows: Defendant SHALL provide Plaintiff with a Kosher Diet during the eight-day period of the Spring 2014 Yahweh Passover Feast of Unleavened Bread, the dates of which as defined by the House of Yahweh. The relief shall expire immediately after the conclusion of the 2014 Feast.

IT IS SO ORDERED.

Dated: **September 5, 2013**         **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE