UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHERYLEE WEGMAN, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-01500-LJO-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**<br><br>(ECF No. 95.) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 9, 2014, Defendants filed a motion to modify the scheduling order.  (ECF No. 95.)  Good cause having been presented to the Court and good cause appearing therefor, IT IS HEREBY ORDERED that the discovery close deadline is continued thirty days from April 14, 2014 until May 14, 2014.

IT IS SO ORDERED.

　　Dated:　**April 11, 2014**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE