UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>        Plaintiff,<br><br>    v.<br><br>CHERYLEE WEGMAN, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:10-cv-01500-LJO-BAM (PC)<br><br>**ORDER TO RECAPTION CASE** |

    This action proceeds only against Defendant Cherylee Wegman. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants.  Accordingly, the caption for this case shall be as follows:

///

///

///

///

1

| | |
|---|---|
| BRIAN ELLIS PORTER, | Case No. 1:10-cv-01500-LJO-BAM (PC) |
| Plaintiff, | |
| v. | |
| CHERYLEE WEGMAN, | |
| Defendant. | |

_____/

IT IS SO ORDERED.

Dated: **January 6, 2017**           /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2