# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>            Plaintiff,<br><br>       v.<br><br>CHERYLEE WEGMAN,<br><br>            Defendant. | Case No. 1:10-cv-01500-BAM (PC)<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>Date: July 27, 2017<br>Time: 10:00 a.m. |

On July 11, 2017, the Court held a telephonic trial confirmation hearing. Plaintiff, appearing pro se, and Aseil Mohmoud and Monica Anderson, counsel for Defendant, attended the hearing telephonically. During the hearing, defense counsel expressed concern regarding whether the parties will be prepared in time for trial, which is currently set to begin August 29, 2017, at 8:30 a.m.

Accordingly, the Court HEREBY ORDERS that this matter is set for a telephonic status conference on **July 27, 2017, at 10:00 a.m.** before the undersigned. The parties shall appear telephonically by using the following dial-in number and passcode at the time set for the hearing: dial-in number 1-877-411-9748; passcode 3190866. Counsel for Defendant is required to arrange for Plaintiff's participation by contacting the litigation coordinator at the institution where Plaintiff is housed.

IT IS SO ORDERED.

Dated:   **July 11, 2017**                         /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

1