1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN ELLIS PORTER,                         Case No.  1:11-cv-01500-BAM (PC)

12                        Plaintiff,             ORDER DIRECTING SERVICE OF
                                                 SUBPOENA ON WITNESS BY THE UNITED
13            v.                                 STATES MARSHAL WITHOUT
                                                 PREPAYMENT OF COSTS
14   CHERYLEE WEGMAN,
                                                 **SERVICE WITHIN 7 DAYS**
15                        Defendant.

16

17          Plaintiff Brian Ellis Porter ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  All parties have consented to

19   magistrate judge jurisdiction.  (ECF Nos. 5, 150.)  This matter is set for trial on August 29, 2017.

20          Plaintiff has submitted the required fees made payable to the witness **(Rabbi) Paul**

21   **Shleffar**, being commanded to appear at trial on August 29, 2017.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court is directed to forward the following documents to the United

24               States Marshal:

25                    a.   One completed and issued subpoena to be served on:

26                         **Paul Shleffar**
                          **California Department of Corrections and Rehabilitation**
27                         **1515 S Street, Sacramento, CA 95811**

28

1                  b.   One completed USM-285 form;

c.   One money order #17-622414976 in the amount of $223.00, made payable to Rabbi Shleffar;

d.   Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

2.   Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.   The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4.   Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service.  Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   __**August 3, 2017**__                  /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE