UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br> Plaintiff,<br><br>v.<br><br>CHERYLEE WEGMAN,<br> Defendant. | 1:10-cv-01500-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **BRIAN ELLIS PORTER, CDCR # P-88509**, PLAINTIFF<br><br>**DATE: August 29, 2017**<br>**TIME:  8:30 a.m.** |

        **Brian Ellis Porter**, inmate, **CDCR #P-88509**, a necessary and material witness on his own behalf in proceedings in this case on August 29, 2017, is confined at **Kern Valley State Prison**, 3000 West Cecil Avenue, Delano, CA 93216-6000, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, **along with his legal property**, in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 29, 2017, at 8:30 a.m.

        **ACCORDINGLY, IT IS ORDERED that:**

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with his legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison**

        **WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 3, 2017**         */s/ Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

