UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



BRIAN ELLIS PORTER,
    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1: 10-CV-01500-BAM (PC)

CHERYLEE WEGMAN,
    Defendant.
    _____/

    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED **that Judgment is in favor of Defendant Wegman and against Plaintiff. The Clerk of the Court is instructed to close this case.**

DATED:    August 30, 2017

    MARIANNE MATHERLY, Clerk

    By: /s/ Esther Valdez
        Deputy Clerk

judgment.civ.wpd
5/6/2013