

FILED

AUG 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLIS PORTER,<br><br>  Plaintiff,<br><br>v.<br><br>C. WEGMAN,<br><br>  Defendant. | Case No. 1:10-cv-01500-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **BRIAN ELLIS PORTER, CDCR #P-88509,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on August 29, 2017, and **Plaintiff Brian Ellis Porter, CDCR #P-88509,** has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 8/30/17

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE